IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12–16–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JARRETT ANTHONY WALKER, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on September 11, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Jarrett Anthony Walker's

guilty plea after Walker appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2), as set forth in the Superseding Information.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 43), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jarrett Anthony Walker's motion to change plea (Doc. 32) is GRANTED and Jarrett Anthyony Walker is adjudged guilty as charged in the Superseding Information.

DATED this 2nd day of October, 2014.

_____
Dana L. Christensen, Chief District Judge
United States District Court